TURNER LITIGATION SERVICES
Stephen T. Davies [SBN 196060]
P.O. Box 319
Eureka, California 95502
Tel. (707) 496-9666
Fax (707) 445-3319

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AMADOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY, LEGAL RESEARCH ASSOCIATES, KAREN LOVIE, The HON. W. BRUCE WATSON, & THE COUNTY OF HUMBOLDT & DOES 1 TO 50.<br><br>Defendants. | Case No.: 3:**06-CV-6043-MHP**<br><br>**DECLARATION OF STEPHEN T. DAVIES IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME OF HEARING DEFENDANT'S MOTION FOR DISMISSAL; [PROPOSED] ORDER**<br><br>**[Civil Local Rules 6-2; 7-12]** |

1. I am the attorney for Plaintiff Michael Amador and am licensed to practice law in all Courts of the State of California. If called to testify as to the matters stated herein, I could, and would, testify competently thereto.

2. I have a pre-existing Court date set for 1/29/2007 at 3:30 pm in Humboldt County (Humboldt County Superior Court case no. DR010441) on the date originally noticed for the hearing of Defendants' Motion to Dismiss. It is not possible for me to attend a 2:00 pm hearing in San Francisco and a 3:30 pm hearing in Humboldt County on the same day.

3. On January 4th 2007, I contacted counsel for the moving parties, William Mitchell, and obtained his consent to a stipulated request for order changing the time of hearing Defendant's motion for dismissal. On January 5th 2007, I was informed by this Court's clerk that the

DECLARTION IN SUPPORT OF STIPULATED REQUEST TO CHANGE HEARING DATE AND TIME     1

1  February 5th Calendar date for hearing civil motions is full and that a date on or after February
2  12, 2007 would be preferable for the hearing of this motion.
3  4.   On January 8th 2007, I telephonically confirmed Mr. Mitchell's availability for hearing the
4  motion on February 12, 2007 at 2:00 p.m..
5  5.   Attached hereto is a true and correct copy of our STIPULATED REQUEST FOR ORDER
6  CHANGING THE TIME OF HEARING DEFENDANT'S MOTION FOR DISMISSAL.
7  6.   In the event that this Court's February 12, 2:00 pm calendar is also full, Mr. Mitchell has
8  informed me that he would be available to have the matter heard at a later date and time set at
9  the convenience of this Court.  Both myself and my client, Mr. Amador, would prefer that the
10 matter be heard on February 12, 2007.  If it is more convenient for this court to have the matter
11 heard at a later date, we request that the court set a tentative date so that counsel may check
12 their calendars for availability.

TURNER LITIGATION SERVICES

By:   /s Stephen T. Davies            Dated:   1/8/07
      Stephen T. Davies
      *Attorney for Plaintiff*

DECLARTION IN SUPPORT OF STIPULATED REQUEST TO CHANGE HEARING DATE AND TIME    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT A

(Stipulated Request for Order Changing Time of Hearing of Defendant's Motion for Dismissal)

-- Filed Electronically 1/8/07 --

DECLARTION IN SUPPORT OF STIPULATED REQUEST TO CHANGE HEARING DATE AND TIME       3

From: MITCHELL BRISSO ETME  Case 3:06-cv-06043-MHP  Document 8  Filed 01/08/2007  Page 4 of 5  707 441 9660  01/08/2007 10:34 #666 P.001/001

Jan 04 07 02:07p    TLS                                    (707) 445-3319            p.2

1 | TURNER LITIGATION SERVICES
Stephen T. Davies [SBN 196060]
2 | P.O. Box 319
Eureka, California 95502
3 | Tel. (707) 496-9666
Fax (707) 445-3319
4 |
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AMADOR, an individual, | Case No.: 3:06-CV-6043-MHP |
| Plaintiff, | STIPULATED REQUEST FOR ORDER CHANGING TIME OF HEARING DEFENDANT'S MOTION FOR DISMISSAL |
| vs. | |
| HUMBOLDT COUNTY CORRECTIONAL FACILITY, LEGAL RESEARCH ASSOCIATES, KAREN LOVIE, The HON. W. BRUCE WATSON, & THE COUNTY OF HUMBOLDT & DOES 1 TO 50. | [Civil Local Rule 6-2] |
| Defendants. | |

WHEREAS Defendants' Motion to Dismiss was set by Defendants for hearing on 1/29/2007 at 2:00 p.m. in Courtroom 15, 18th Floor, San Francisco AND Stephen T. Davies, attorney for Plaintiff, has a pre-existing court date set for 1/29/2007 at 3:30 in Department 4 of the Humboldt County Superior Court, the parties HEREBY STIPULATE to change the date for the hearing of Defendant's motion to dismiss for 2/12/07 (date) at 2:00 pm (time) in Courtroom 15, 18th Floor, San Francisco.

TURNER LITIGATION SERVICES

By: _____          Dated: 1/4/07
    Stephen T. Davies
    *Attorney for Plaintiff*

                                     MITCHELL, BRISSO, DELANEY & VRIEZE

Dated: 1.4.07              By: _____
                               William Mitchell
                               *Attorney for Defendants Karen Lovie
                               & County of Humboldt*

STIPULATED REQUEST TO CHANGE HEARING DATE AND TIME                           1

1  *Submitted by:*
   TURNER LITIGATION SERVICES
2  Stephen T. Davies [SBN 196060]
   P.O. Box 319
3  Eureka, California 95502
   Tel. (707) 496-9666
4  Fax (707) 445-3319

5  *Attorney for Plaintiff*

8  IN THE UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

11 MICHAEL AMADOR, an individual,  | Case No.: 3:**06-CV-6043-MHP**
12                                  |
          Plaintiff,                |
13                                  | [PROPOSED] **ORDER ON STIPULATED**
          vs.                       | **REQUEST TO CHANGE HEARING DATE**
14                                  |
15 HUMBOLDT COUNTY CORRECTIONAL     |
   FACILITY, LEGAL RESEARCH         |
16 ASSOCIATES, KAREN LOVIE, The HON.|
   W. BRUCE WATSON, & THE COUNTY OF |
17 HUMBOLDT & DOES 1 TO 50.         |
          Defendants.               |

20  The Court, having considered the Declaration of Stephen T. Davies in support of
21 stipulated request for order changing the date for hearing Defendants' Motion to Dismiss, and,
22 the Stipulated Request for Order Changing Time of Hearing Defendants' Motion for Dismissal,
23 and good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED:

24  ☐ that the matter be heard on February 12, 2007 at 2:00 p.m..

25  ☒ that the matter be ~~tentatively be~~ set for hearing on __2/26/07__ [date] at __2:00 p.m.__ [time].

27 By: _/s/ M. Patel_                                Dated: __1/8/07__
          Judge Marilyn Hall Patel

ORDER ON STIPULATED REQUEST TO CHANGE HEARING DATE                                       1