1  TURNER LITIGATION SERVICES
   Stephen T. Davies [SBN 196060]
2  P.O. Box 319
   Eureka, California 95502
3  Tel. (707) 496-9666
   Fax (707) 445-3319
4  E-Mail:  turnerlit@gmail.com

5  *Attorney for Plaintiff*

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL AMADOR, an individual,           | Case No.: **C 06-06043 MHP**
12 |                                           |
   |         Plaintiff,                        |
13 |                                           | **NOTICE OF VOLUNTARY DISMISSAL**
   |   vs.                                     | **PURSUANT TO STIPULATION**
14 |                                           |
   | HUMBOLDT COUNTY CORRECTIONAL              | **[F.R.C.P. § 41(a).]**
15 | FACILITY, LEGAL RESEARCH                  |
   | ASSOCIATES, a California Corporation,     |
16 | KAREN LOVIE, an individual, The HON. W.   |
   | BRUCE WATSON, an individual, & THE        |
17 | COUNTY OF HUMBOLDT & DOES 1 TO            |
   | 50.                                       |
18 |                                           |
   |         Defendants.                       |
19

20
          NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily
21
   dismisses the above-captioned action with prejudice pursuant to stipulation (attached as
22
   Exhibit A.)
23

24
                                               TURNER LITIGATION SERVICES
25

26
   Dated:   7/18/07                    By:    /s Stephen T. Davies
27                                             _____
                                                    Stephen T. Davies
28                                                  *Attorney for Plaintiff*

   VOLUNTARY DISMISSAL                                                                  1

EXHIBIT A

## STIPULATION RE. VOLUNTARY DISMISSAL

The undersigned, comprising the attorneys for all parties appearing in the within action, hereby agree to the dismissal of the within action pursuant to F.R.C.P. Rule 41(a)(1)(ii).

The undersigned further agree that, in exchange for the dismissal of the within action <u>with prejudice</u>, the Defendants agree to waive costs and fees.

TURNER LITIGATION SERVICES

Dated: 7/18/07

By: _____
Stephen T. Davies
*Attorney for Plaintiff*

MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____      Dated: 7-08-07
William F. Mitchell
*Attorney for Defendants*

July 24, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VOLUNTARY DISMISSAL                                                                                                2